IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| **BRITTANI ATWOOD** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:20-cv-00056 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| **JCF RESIDENCES MANAGEMENT COMPANY; JCF RESIDENCES DEVELOPMENT COMPANY, LLC; and JOHN FITZMAURICE,** | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Pursuant to the Joint Stipulation of Dismissal with Prejudice (Doc. No. 35) filed by Plaintiff Brittani Atwood and Defendants JCF Residences Management Company, LLC, JCF Residences Development Company, LLC, and John Fitzmaurice, this case is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE